IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:

                                                      Chapter 13
                                        Case No.: 13-35775-AJC

**BELKIS L. VILLALBA**

    Debtor.
_____/

**RESPONSE TO NOTICE TO DEEM MORTGAGE CURRENT AND THAT DEBTOR HAS PAID ALL POST-PETITION AMOUNTS TO WELLS FARGO HOME MORTGAGE**

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

    U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, ("**Secured Creditor**") in the above-entitled Bankruptcy proceeding, hereby submits the following response to the Debtor's Motion to Deem Mortgage Current and that Debtor has paid all post-petition amounts to Wells Fargo Home Mortgage ("Motion") filed on June 6, 2019.

    Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on November 1, 2028 and is secured by a Deed of Trust on the subject property commonly known as 7215 S.W. 21st Street, Miami, Florida 33155 (the "**Property**").

    Secured Creditor agrees that the pre-petition arrearages claim in the amount of $91,368.66 has been fully cured. Secured Creditor further agrees that the Debtor is current post-petition and is due for the August 1, 2019 mortgage payment.

**Dated this 21st day of June, 2019.**

                                                  Respectfully submitted,
                                                  **GHIDOTTI | BERGER, LLP**
                                                  *Attorneys for Secured Creditor*
                                                  3050 Biscayne Blvd. - Suite 402
                                                  Miami, Florida 33137
                                                  Telephone: (305) 501.2808
                                                  Facsimile: (954) 780.5578
                                                  By:  s/ Chase A. Berger
                                                       Chase A. Berger, Esq.
                                                       Florida Bar No. 083794
                                                       cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
       Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21st, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
Belkis L Villalba
9041 NW 177 TER
Hialeah, FL 33018

*Debtor's Counsel*
Efrain Cortes, Esq.
POB 590173
Ft Lauderdale, FL 33359

*Trustee*
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By:   /s/ Chase A. Berger
       Chase A. Berger, Esq.